AO 91 (Rev. 8/01) Criminal Complaint    Case 7:16-mj-01609   Document 1   Filed in TXSD on 09/01/16   Page 1 of 2

United States District Court
Southern District of Texas
FILED
SEP - 1 2016
David J. Bradley, Clerk

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | |
| **Lydia Ann Silvas-Vanloh** | PRINCIPAL | |
| YOB: | 1963 | |
| United States | | |

## CRIMINAL COMPLAINT

Case Number:

**M-16-1609-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 30, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Enrique Mateo-Andres a citizen and national of Guatemala and Elizabeth Del Carmen Arteaga-Osegueda a citizen and national of El Salvador, along with ten (10) other undocumented aliens, for a total of twelve (12), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas, to the point of arrest near Mission, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__ **FELONY**
I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

On August 30, 2016, at approximately 12:50 p.m., Border Patrol Agent L. Espino responded to Military Road East of Shuerbach Road to assist Department of Public Safety on a traffic stop. Upon arrival, Agent Espino made contact with DPS Lieutenant J. Lingle. Lt. Lingle advised that he observed a blue minivan parked on the side of Military Highway just east of Shuerbach Road. Lt. Lingle stated that moments later, several subjects came out of the brush and entered the blue minivan. Based on Lt. Lingle's training, experience, and knowledge that the area is known for human and narcotics smuggling; Lt. Lingle followed the minivan and performed a vehicle stop using the emergency equipment on his unmarked service vehicle. Lt. Lingle noticed twelve passengers in the minivan. After a brief investigation, he requested assistance from Border Patrol.

Agent Espino made contact with the twelve passengers. After a field interview, it was determined that all twelve passengers in the minivan were illegally present in the United States. The driver of the minivan was identified as Lydia Ann SILVAS-Vanloh a United States citizen.

All subjects were placed under arrest and transported to the Border Patrol Station.
**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Approved by David A. Lindenmuth

/s/ _____ 9/1/16

_____
Signature of Complainant

**Jerrico Leason**   **Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**September 1, 2016**   10:06 a.m.   at   **McAllen, Texas**
Date                                                           City and State

**Peter E. Ormsby**, **U. S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-16-1609-M

**RE:** **Lydia Ann Silvas-Vanloh**

## CONTINUATION:

PRINCIPAL STATEMENT:

Lydia Ann SILVAS-Vanloh was read her Miranda Rights and agreed to provide a sworn statement without the presence of an attorney.

Lydia Ann SILVAS-Vanloh a United States citizen, stated that a man called her and asked her if she was interested in picking up illegal aliens for money. She agreed and claims she was going to be paid $100 USD per alien. SILVAS indicated that she gave the aliens permission to enter her minivan and that she knew that the group of people she picked up were in fact illegally in the country. SIVAS also stated that she was instructed to transport the illegal aliens to a house in Donna, Texas.

MATERIAL WITNESS STATEMENT - 1

Enrique Mateo-Andres was read his Miranda Rights and agreed to provide a statement without an attorney present.

Enrique Mateo-Andres a citizen of Guatemala, stated that he paid about $1,600 USD to be smuggled into the United States. MATEO also stated he crossed the Rio Grande River illegally along with eleven other people. Once in the United States they walked until a female driving a blue minivan picked them up. MATEO finally stated that they got pulled over by police a few minutes later.

Enrique MATEO-Andres identified Lydia Ann SILVAS-Vanloh through a photo lineup as the driver of the blue minvan.

MATERIAL WITNESS STATEMENT - 2

Elizabeth Del Carmen ARTEAGA-Osegueda was read her Miranda Rights and agreed to provide a statement without the presence of an attorney.

Elizabeth Del Carmen ARTEAGA-Ocegueda a citizen of El Salvador, stated that she does not know how much her family paid for her to be smuggled into the United States. ARTEAGA also stated that she and others crossed the Rio Grande River illegally. Once in the United States, they walked through the brush until they reached the spot where they were going to be picked up. She also stated that after several hours, a lady driving a blue van picked them up.

Elizabeth Del Carmen ARTEAGA-Ocegueda identified Lydia Ann SILVAS-Vanloh through a photo lineup as the driver of the blue van.